O     JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ESCARENO, | Case No. CV 12-355-CJC (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| TIMOTHY BUSBY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: February 3, 2012

HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge